**1585** PERRINE vs. TOWNSHIP BOARD (Hamlin), 48 M., 641.

To compel a township board to repair a public bridge.
Order to show cause denied April 5, 1882.

**1586** GOODSELL ET AL. vs. POST ET AL. (Highway Comrs.), 30 M., 353.

To compel respondents to rebuild a bridge.
Denied October 15, 1874.
Held, that inasmuch as the expense involved exceeded $1,000, there was no legal duty resting upon the commissioners.

**1587** BELKNAP vs. BOARD OF SUPERVISORS (Arenac), No. 12572½.

To compel board to set aside a resolution providing for the change of the county seat, because of alleged fraud in the purchase of votes therefor.
Order to show cause denied March 1, 1892.

**1588** McLAUGHLIN ET AL. vs. BURROUGHS (Pros. Atty.), No. 12538, 90 M., 311.

To compel respondent to make and attach to a petition for the removal of an alderman, a statement that, in his opinion, the case demands investigation as provided by How. Stat., Sec. 653.
Denied February 18, 1892.